**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 25-1607**

―――――――――

AMY BETTS, individually and on behalf of all others similarly situated,

Plaintiff - Appellant,

v.

STEPHEN BRETT ARMSTRONG; LEEANNE QUATTRUCCI; JUDGE MELINDA CROUCH; LYNDSAY RICHARDSON, Court Coordinator; STATE ACTORS OF NORTH CAROLINA; JOHN DOES 1-10,

Defendants - Appellees.

―――――――――

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Thomas D. Schroeder, District Judge.  (1:25-cv-00341-TDS-JLW)

―――――――――

Submitted:  August 21, 2025                              Decided:  August 25, 2025

―――――――――

Before WILKINSON, HARRIS, and RICHARDSON, Circuit Judges.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Amy Betts, Appellant Pro Se.

―――――――――

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Amy Betts appeals the district court's order accepting the recommendation of the magistrate judge and dismissing Betts's 42 U.S.C. § 1983 complaint for lack of jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we deny as moot Betts's motion to submit this case on the briefs, and we affirm the district court's order. *Betts v. Armstrong*, No. 1:25-cv-00341-TDS-JLW (M.D.N.C. May 19, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*